Sworn to and subscribed before me this, the 18th day of January 2006.

_Jerry K. Anders_ 3857

Judge, _Circuit_ Court, Houston County, Ala.

# SEARCH WARRANT

THE STATE OF ALABAMA,
HOUSTON COUNTY.

TO THE SHERIFF OF SAID COUNTY:

(a) Proof by affidavit having this day been made before me by Inv. Thomas Flathmann

(b) that he has probable cause to believe and does believe that a black male known as Josh whose name is otherwise unknown to affiant is in possession of Marijuana, Cocaine and US currency at 481 Harvey Hicks Rd. Ashford, Houston County, Alabama.

(c) You are therefore commanded, in the day or night, to make immediate search on the person of Josh, any vehicles and/or outbuildings on the property and in and upon the above described

(c) premises for the following property:
Marijuana, Cocaine, US Currency, and drug related paraphernalia

(d) and if you find the same or any part thereof, to bring it forthwith before me, at my office at Houston County Court House

Dated the 18 day of January 2006

_Jerry K. Anders_ 2005

Judge, _Circuit_ Court, Houston County, Alabama