Plaintiffs Exhibit 2
(1 of 3)





Plaintiff's Exhibit 2 (2 of 3)



