# Southeast Alabama Medical Center
**Emergency Center**
**1108 Ross Clark Circle**
**Dothan, AL 36302**
**334-793-8911**

*Plaintiff's Exhibit 3*

| | |
|---|---|
| **DISCHARGE INSTRUCTIONS FOR:** | **Mary Jones** |
| **FOR TODAY'S VISIT ON:** | **Wednesday 1/18/2006** |

Thank you for using Southeast Alabama Medical Center for your care today. The emergency examination and/or treatment you have received is not intended as complete medical care. For your continued care and to avoid possible complications you are advised to follow the discharge instructions.

### X-RAYS and LAB TESTS:
If you had x-rays today they were read by the emergency physician. A radiologist will also read your x-rays within 24 hours. If you had a culture done it will take 24 to 72 hours to get results. If there is a change in the x-ray diagnosis or a positive culture we will contact you. **(Make sure we have your local phone number.)** If you had an electrocardiogram (EKG) taken for emergency evaluation, it will be interpreted initially by the physician on duty in the Emergency Department. An internist will make the final interpretation.

### MEDICATIONS:
If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Thanks again for using Southeast Alabama Medical Center for your treatment today. The discharge instructions for today's visit are outlined below.**

Hyperventilation Syndrome

### Special Notes:

Follow up with your doctor for continued problems.

Everyone 65 years and older needs a flu shot every fall. Contact your doctor or county Health Department for places to get the flu shot this season. Ask about the pneumonia shot too.

In our effort to provide the highest quality of care, we ask that you respond to the survey that you will be receiving in the mail. Your feedback is very important to SAMC and to our commitment to provide quality healthcare and promote wellness to those we serve.

**Patient Copy**


SCANNED
BR 063006