AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

MARY JONES, JOSEPH ALFORD
PLAINTIFFS

**SUMMONS IN A CIVIL ACTION**

V.

HOUSTON COUNTY SHERIFF'S DEPT., ET.AL.
DEFENDANTS.

CASE NUMBER:  1: 06 cv 585 - DRB

TO: (Name and address of Defendant)

MICHAEL CAPSHAW
c/o HOUSTON COUNTY SHERIFF'S DEPARTMENT
112 N. Oates Street
Dothan, Alabama  36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
JENNIFER M. DAVIS, ATTY.
6743 TAYLOR CIRCLE
MONTGOMERY, ALABAMA 36117

MR. RICHARD H. RAMSEY IV., ATTY.
P.O. BOX 6595
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ___20 Twenty 30 (THIRTY)___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                      7-6-06

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　　　Date　　　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

MARY JONES, JOSEPH ALFORD
PLAINTIFFS

V.

HOUSTON COUNTY SHERIFF'S DEPT., ET.AL.
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06cv585 -DRB

TO: (Name and address of Defendant)

MARK CULVER
C/O  HOUSTON COUNTY COMMISSION
462 N. Oates Street
Dothan, Alabama  36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
JENNIFER M. DAVIS, ATTY.
6743 TAYLOR CIRCLE
MONTGOMERY, ALABAMA 36117

MR. RICHARD H. RAMSEY IV., ATTY.
P.O. BOX 6595
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within \_\_\_\_20 (TWENTY) ~~30 (THIRTY)~~\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE    7-6-06

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                              Date                                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

MARY JONES, JOSEPH ALFORD
PLAINTIFFS

V.

HOUSTON COUNTY SHERIFF'S DEPT., ET.AL.
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:06cv585-DRB

TO: (Name and address of Defendant)

THOMAS FLATHMANN
c/o HOUSTON COUNTY SHERIFF'S DEPARTMENT
112 N. Oates Street
Dothan, Alabama  36302


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
JENNIFER M. DAVIS, ATTY.
6743 TAYLOR CIRCLE
MONTGOMERY, ALABAMA 36117

MR. RICHARD H. RAMSEY IV., ATTY.
P.O. BOX 6595
DOTHAN, ALABAMA 36302


an answer to the complaint which is served on you with this summons, within ____20 Twenty ~~30 (THIRTY)~~____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


_Debra P. Hackett_
_____
CLERK

7-6-06
_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date                      _____
                                       *Signature of Server*

                                       _____
                                       *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>     District of     <u>ALABAMA</u>

MARY JONES, JOSEPH ALFORD
PLAINTIFFS

**SUMMONS IN A CIVIL ACTION**

V.

HOUSTON COUNTY SHERIFF'S DEPT., ET.AL.
DEFENDANTS.

CASE NUMBER: 1: 06 cv 585 - DRB

TO: (Name and address of Defendant)

LAMAR GLOVER
c/o HOUSTON COUNTY SHERIFF'S DEPARTMENT
112 N. Oates Street
Dothan, Alabama  36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
JENNIFER M. DAVIS, ATTY.
6743 TAYLOR CIRCLE
MONTGOMERY, ALABAMA 36117

MR. RICHARD H. RAMSEY IV., ATTY.
P.O. BOX 6595
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within _____20 Twenty 30 (THIRTY)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
CLERK

(By) DEPUTY CLERK

7-6-06
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                        *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____ ALABAMA _____

MARY JONES, JOSEPH ALFORD
PLAINTIFFS

**SUMMONS IN A CIVIL ACTION**

V.

HOUSTON COUNTY SHERIFF'S DEPT., ET.AL.
DEFENDANTS.

CASE NUMBER:    1:06cv585-DRB

TO: (Name and address of Defendant)

HOUSTON COUNTY COMMISSION
462 N. Oates Street
Dothan, Alabama 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
JENNIFER M. DAVIS, ATTY.
6743 TAYLOR CIRCLE
MONTGOMERY, ALABAMA 36117

MR. RICHARD H. RAMSEY IV., ATTY.
P.O. BOX 6595
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ___ 20 (TWENTY) 30 (THIRTY) ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              7-6-06

CLERK

(By) DEPUTY CLERK                               DATE

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                        *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____    District of    _____ ALABAMA _____

MARY JONES, JOSEPH ALFORD
PLAINTIFFS

V.

HOUSTON COUNTY SHERIFF'S DEPT., ET.AL.
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    1: O6cv585 - DRB

TO: (Name and address of Defendant)

HOUSTON COUNTY , ALABAMA
462 N. Oates Street
Dothan, Alabama  36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
JENNIFER M. DAVIS, ATTY.
6743 TAYLOR CIRCLE
MONTGOMERY, ALABAMA 36117

MR. RICHARD H. RAMSEY IV., ATTY.
P.O. BOX 6595
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ____ 20 Twenty 30 (THIRTY) ____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    7-6-06

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                       *Signature of Server*

                                      _____
                                        *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____     District of     _____ALABAMA_____

| | |
|---|---|
| MARY JONES, JOSEPH ALFORD<br>PLAINTIFFS<br><br>V.<br>HOUSTON COUNTY SHERIFF'S DEPT., ET.AL.<br>DEFENDANTS. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:  1:06cv585-DRB |

TO: (Name and address of Defendant)

HOUSTON COUNTY SHERIFF'S DEPARTMENT
112 N. Oates Street
Dothan, Alabama  36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
JENNIFER M. DAVIS, ATTY.
6743 TAYLOR CIRCLE
MONTGOMERY, ALABAMA 36117

MR. RICHARD H. RAMSEY IV., ATTY.
P.O. BOX 6595
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within ____20 (TWENTY) / 30 (THIRTY)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

7-6-06
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                              Date                                    *Signature of Server*

                                              _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.