| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Hawkins* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 7-7 |
| 1. Article Addressed to:<br>06 CV585<br>Thomas Flathmann<br>c/o Houston County<br>Sheriff's Dept.<br>112 N. Oates St.<br>Dothan, AL 36302 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>r44 n oates st |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number (Transfer | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form    02-M-1540