| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *John McIntosh*  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): *John McIntosh*<br>C. Date of Delivery: 7/10/06 |
| 1. Article Addressed to: 06 cv 585 SAC<br><br>Houston County Commission<br>462 N. Oates St.<br>Dothan, AL 36302 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7006 0810 0006 1098 0596 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540