**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    06cv585 SrC
    Houston County Sheriff's Department
    112 N. Oates St
    Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X John McIntosh       ☒ Agent  ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   John McIntosh                     7-12-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service)
   7006 0810 0006 1098 0619

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540