**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   06cv585SC

   Michael Capshaw
   c/o Houston County
   Sheriff's Department
   112 N. Oates St.
   Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Sheto Chargen    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 7-11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7006 0810 0006 1098 0633

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540