**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 06CV585 FtC

Lamar Glover
C/o Houston County
Sheriff's Office
112 N. Oates Street
Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Shuts Changur
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 7-11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☑ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 1098 0640

PS Form 3811

-1540