**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. N. Wisor
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
7-11

1. Article Addressed to:

Mark Culver
C/o Houston County Commission
462 N. Oates St
Dothan, AL 36302

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

0585

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)
7006 0810 0006 1098 0602

Domestic Return Receipt                102595-02-M-1540