IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY JONES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv585-WHA |
| | ) | |
| HOUSTON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Motion to Quash Insufficient Service of Process and Motion to Dismiss (Doc. #11), filed on July 31, 2006,  it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before August 16, 2006** why the motion should not be granted.  The motion will be taken under submission on that day for determination without oral hearing.

DONE this 2nd day of August, 2006.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE