IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 1:06cv585-WHA |
| HOUSTON COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Dismiss or in the Alternative for Summary Judgment (Doc. #13), filed by the Defendant Michael Capshaw on August 3, 2006, it is

ORDERED that the Plaintiffs shall show cause, if any there be, **on or before August 2**4, **2006** why the motion should not be granted. The Defendant shall have **until August 31, 2006**, to file any reply he may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 3rd day of August, 2006.

                                                      /s/ W. Harold Albritton
                                                      W. HAROLD ALBRITTON
                                                      SENIOR UNITED STATES DISTRICT JUDGE