IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv585-WHA |
| ) | |
| HOUSTON COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion to Dismiss or in the Alternative for Summary Judgment (Doc. #15), filed by the Defendants Houston County Commission and Mark S. Culver on August 9, 2006, it is

ORDERED that the Plaintiffs shall show cause, if any there be, **on or before August 24, 2006** why the motion should not be granted. The Defendants shall have **until August 31, 2006**, to file any reply they may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 10th day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE