IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY JONES AND JOSEPH ALFORD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:06cv585-WHA |
| HOUSTON COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Pursuant to the Defendant Michael Capshaw's Motion to Dismiss (Doc. #13), Defendants Mark Culver, Houston County and the Houston County Commission's Motion to Dismiss (Doc. #15) and Plaintiffs' Notice of Dismissal (Doc. #20), the Motions are GRANTED and it is hereby ORDERED as follows:

(1) Defendant Michael Capshaw is DISMISSED from this action, without prejudice.

(2) Defendant Mark Culver is DISMISSED from this action, without prejudice.

(3) Defendant Houston County, Alabama is DISMISSED from this action, without prejudice.

(4) Defendant Houston County Commission is DISMISSED from this action, without prejudice.

(5) Fictitious party pleading is not permitted in federal court. McClure v. Houston County, Ala., 306 F. Supp. 2d 1160, 1162 n.1 (M.D. Ala. 2003) (citing New v. Sports & Recreation, Inc., 114 F.3d 1092, 1094 n.1 (11th Cir.1997)). Therefore, Fictitious Defendants "A" through "L" are DISMISSED.

(5) This cause of action will proceed against the following Defendants: Thomas Flathmann, Lamar Glover, and the Houston County Sheriff's Department.

Done this the 25th day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE