IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY JONES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:06cv585-WHA |
| | ) | |
| LAMAR GLOVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On August 18, 2006, the court granted Defendant Thomas Flathmann's Motion to Quash Insufficient Service of Process and granted Plaintiff leave to perfect service upon that Defendant within the 120-day time limit set forth in *F.R.Civ.P. 4(m)*. The 120-day time limit now having expired with no evidence of service of process, it is hereby

ORDERED that this action is DISMISSED without prejudice as to Defendant, Thomas Flathmann.

It appears from the file that no Answer has been filed on behalf of the Defendants Lamar Glover and Houston County Sheriff's Department. It is hereby

ORDERED that such Defendants are given **until November 17, 2006**, to file Answers to the Complaint or to show cause why they should not be subject to entry of default.

DONE this 7th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE