| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Salina Kunkn_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                                         11-5 |

Lamar Glover
Houston County Sheriff's Dept.
462 North Oates Street
Dothan, AL 36301

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
144 ~ Oates St

06cv585 11-7 Show Cause Order

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7000 3226 0000 5458 4650 7

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Salina Kunkn_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                                         11-8 |

Houston County Sheriff's Department
114 North Oates Street
Dothan, AL 36301

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
144 ~ Oates St

06-585 11-7 Show Cause Order

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6491

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540