IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:06cv585-WHA |
| | ) |
| HOUSTON COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion to Dismiss or in the Alternative for Summary Judgment (Doc. #24), filed by Defendants Lamar Glover and the Houston County Sheriff's Department, and the Brief in Support of the Motion Dismiss or in the Alternative for Summary Judgment (Doc. #25), it is hereby

ORDERED that the Non-moving party shall show cause, if any there be, **on or before December 11, 2006,** why the motion should not be granted. The Defendants shall have **until December 18, 2006**, to file any reply he may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 20th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE