

Π's Ex. 3

STATE OF ALABAMA )
)ss
COUNTY OF HOUSTON )

## AFFIDAVIT

**MARY JONES**, Affiant, who is over the age of 19 years and is a bona fide resident citizen of the State of Alabama and has been more than six months next preceding this statement.

**MARY JONES**, having been first duly sworn deposes and says:

My name is Mary Jones. Everything that I am stating is my own personal knowledge. I presently reside at 481 Harvey Hicks Road, Ashford, Houston County, Alabama. I have resided at this address for over 20 years.

On January 18, 2006, at sometime in the middle of the night, I was awakened by several people who had broken into my home wearing hoods. I was asleep in bed with my husband and I heard the crashing noise of these people breaking into my house which awakened me. Before I could get out of my bed I saw a red light pointing at my head and then realized it was a gun pointed at me and a gun pointed at my husband. I asked who they were and what they wanted and I was told to "shut your God Damn fat black ass damn mouth up and do as you are told, I am tired of this damn nigger, shut the fuck up nigger". I asked again who they were and why they were in my house, I was again told to "shut my fat nigger mouth", and another one said, "handcuff the damn nigger, handcuff her God damn it"and was then pulled by two of these hooded people out of my bedroom. I was so frightened and scared that someone was trying to kill me and my husband and none of the people would tell me who they were and why they were tearing up my house and belongings. I passed out as I was being pulled and dragged down the hall by two of these hooded people and came to when I heard my husband calling out to me. None of the people would tell me who they were. I kept asking what they wanted and why they were tearing up my house and belongings and noone would tell me. I was then told to "shut the hell up nigger or we will shoot you" and I was forced into a small area of my home and was not allowed to get up or out. I could not get up, and there was no way of escape from the confinement that had placed me in. I was scared from the hooded people. I could not identify any of the people because they had on hoods covering their heads. They started telling me to give them my keys, and continued to call me a "nigger".

_Mary Jones_
MARY JONES

STATE OF ALABAMA )
HOUSTON COUNTY )

Personally appeared before me, the undersigned and Notary Public in and for the State of ALABAMA at Large, **MARY JONES**, being by me and first duly sworn, does depose and says that the above affidavit as true and correct.

SUBSCRIBED AND SWORN TO before me this 2nd day of June 2006.

_Brenda Traywick_
Notary Public
My Commission Expires: 9/19/08

π's Ex. 4

STATE OF ALABAMA )
COUNTY OF HOUSTON )

## AFFIDAVIT

**JOSEPH ALFORD**, Affiant, who is over the age of 19 years and is a bona fide resident citizen of the State of Alabama and has been more than six months next preceding this statement.

**JOSEPH ALFORD**, having been first duly sworn deposes and says:

My name is **Joseph Alford**. Everything that I am stating is my own personal knowledge. I presently reside at 481 Harvey Hicks Road, Ashford, Houston County, Alabama. I have resided at this address for over 20 years.

On January 18, 2006, at sometime in the middle of the night, I was awakened by several people who had broken into my home wearing hoods. I was asleep in bed with my wife and the crashing noise of these people breaking into my house awakened me. Before I could get out of my bed I saw a red light pointing at my head and then realized it was a gun pointed at me and a gun pointed at my wife. My wife and I asked "who they were and what they wanted" and I was told to "shut your nigger ass up and do as you are told". I asked again "who they were and why they were in my house", I was told to "shut my nigger mouth". I was so frightened and scared that someone was trying to kill me and my wife and none of the people would tell me who they were and why they were destroying my house. The doors in the interior of the house were not locked, yet they were destroying the doors instead of turning the handles. All of my belongings were ransacked, and this again was done by the hooded people who would not identify themselves. The hooded people told me "nigger do not move". There were numerous people who were wearing hoods. After an extended period of time, I was able to see one Houston County Sheriff's car through the door, and I ask the sheriff what was going on and he told me he was just "observing". I ask what they wanted and none of them would tell me. I was then told by one of the hooded people to "shut the hell up nigger or we will shoot you". We tried to tell them not to break into the cars that were in our yard that we had the keys to open them, they would not listen and broke into a couple of the cars while I was getting the keys to them. I was scared for my life because of the abrupt entrance without any indication who this mob of hooded people were, and the more I asked who they were the more they destroyed my house and my personal belongings.

_Joseph Alford_
**JOSEPH ALFORD**

STATE OF ALABAMA )
____Houston____ COUNTY )

Personally appeared before me, the undersigned and Notary Public in and for the State of ALABAMA at Large, **JOSEPH ALFORD**, being by me and first duly sworn, does depose and says that the above affidavit as true and correct.

SUBSCRIBED AND SWORN TO before me this 2nd day of June 2006.

_____
Notary Public
My Commission Expires: 9/19/08