IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FELICIA MARTINEZ, et al.,** | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-636-VPM ) |
| **CITY OF DALEVILLE, et al.,** | ) ) |
| **Defendants.** | ) ) |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **Lamar Glover** who is the Sheriff of Houston County, Alabama, who being by me first duly sworn, deposes and says as follows:

I am Lamar Glover and I am the Sheriff of Houston County, Alabama. My principal duties involve performing the law enforcement duties of a sheriff in the State of Alabama. I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the subject matter of Plaintiff's Complaint and in an attempt to address Plaintiff's claims in this case.

With regard to Plaintiff's claims in this lawsuit, I was not personally or directly involved in the obtaining of or in the on-site execution of the search warrant made the basis of Plaintiffs' complaint. I was not personally or directly involved in the factual events made the basis of

LAMAR GLOVER AFFIDAVIT                                                                                                                           PAGE 1



EXHIBIT A

Plaintiffs' complaint. At no time in January 2006 was I ever present in or about the Plaintiffs' residence when any search of the premises was performed by any law enforcement officer.

_____
LAMAR GLOVER


STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **Lamar Glover**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 8th day of January, 2007.

_____
NOTARY PUBLIC
My Commission Expires: 12-9-2008