# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 9, 2007

# NOTICE OF ERROR

**To:        All Counsel of Record**

**Case Style:   Jones et al v. Houston County, Alabama et al**

**Case Number:     1:06cv00585-WHA**

**Referenced Pleading:     Motion to Dismiss & Brief in Support**

**Docket Entry Number:     31 & 32**

**The referenced pleadings were filed on \*\*\*January 8, 2007\*\*\* in this case and are hereby STRICKEN as erroneous docket entries pursuant to a phone conversation with the attorney.**

**Parties are instructed to disregard #31 and #32 docketing entries, which have been stricken from the record as e-filing errors.**