IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:06cv585-WHA |
| ) | |
| HOUSTON COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

After having reviewed and considered the briefs and evidence submitted in this case in support of and in opposition to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment, the court finds it necessary to hear from counsel in oral argument. Therefore, it is hereby

ORDERED that the motion is set for oral argument on Tuesday, March 6, 2007, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, **MONTGOMERY,** Alabama.

Counsel for the parties are DIRECTED to be prepared to discuss the facts and evidence in this case in detail at the hearing.

DONE this 21st day of February, 2007.

       /s/ W. Harold Albritton
       W. HAROLD ALBRITTON
       SENIOR UNITED STATES DISTRICT JUDGE