IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | March 6, 2007 | AT: | 1:58 p.m. |
| DATE COMPLETED: | March 6, 2007 | AT: | 2:36 p.m. |

MARY JONES, et al.        )
                          )
vs.                       )   Case No. 1:06cv585-WHA
                          )
LAMAR GLOVER, et al.      )

_____

APPEARANCES:

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Richard Ramsey | Gary Sherrer |

_____

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Elna Behrman, Courtroom Deputy |
| Daniel Harrell, Law Clerk | |

COURTROOM PROCEEDINGS

## (x) HEARING ON MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

Hearing commences.
Court advises attorneys what he wants covered in the hearing.
Plaintiff's counsel addresses the court on facts of the case and argues in opposition to motion.
Defense counsel addresses court in support of motion.
After explanation, court states Plaintiff doesn't appear to have established a federal claim and
    further that court is inclined to require Plaintiff to file an Amended Complaint under the
    heightened pleading standard.
Court will take the motion under submission.
Court is adjourned.