IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| **MARY JONES and;** | ) |
| **JOSEPH ALFORD** | ) |
| | ) |
|     **Plaintiffs,** | ) Case No.: 1:06-cv-585 |
| | ) |
| **HOUSTON COUNTY, ALABAMA;et.al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO APPOINT SPECIAL PROCESS SERVER

**COME NOW**, Plaintiffs, by and through the undersigned counsel of record and make this Motion for Appointment of Special Process Server in the above styled cause of action and as grounds states as follows;

1. Plaintiffs have discovered the whereabouts of a named Defendant, Thomas M. Flathmann.

2. Defendant Flathmann apparently now resides outside the State of Alabama, however, within the jurisdictional limits of the United States.

3. Plaintiffs' have contacted special process server, Brown's Legal Process of Bonneau, South Carolina and desire same to be specially appointed pursuant to Rule 4 (e)(2), Fed.R.Civ.P. to perfect service of process of a Summons and Complaint in the above styled cause of action upon Defendant Flathmann.

**WHEREFORE THESE PREMISES CONSIDERED** Plaintiffs respectfully pray this Honorable Court to appoint Brown's Legal Process of Mount Pleasant, South Carolina as special process server for Plaintiffs so as to perfect service upon Defendant Thomas M. Flathmann.

**RESPECTFULLY SUBMITTED** this the 14th day of March, 2007.

| | |
|---|---|
| s/ Michael Guy Holton | s/ Richard H. Ramsey, IV |
| Bar No.: HOL106 | Bar No.: RAM010 |
| Michael Guy Holton | Richard H. Ramsey, IV |
| Co-Counsel for Plaintiffs | Co-Counsel for Plaintiffs |
| 2779 Old Carter Hill Road | P.O. Box 6595 |
| Pike Road, Alabama 36064 | Dothan, Alabama 36302 |
| (334) 288-2435 | (334) 792-2553 |
| gholtonattorney@hughes.net | RHRamsey@peoplepc.com |

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing this the 14th day of Marcht, 2007 by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed counsel:

| | |
|---|---|
| Gary C. Sherrer, Esq. | Kendrick E. Webb, Esq. |
| Sherrer, Jones, & Terry P.C. | Webb & Eley, P.C. |
| 335 West Main Street | P.O. Box 240909 |
| Dothan, Alabama 36301 | Montgomery, Alabama 36124-0909 |

                                                      s/ Michael Guy Holton
                                                    OF COUNSEL