IN THE FEDERAL DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| **MARY JONES and;** ) | |
| **JOSEPH ALFORD** ) | |
| ) | |
| Plaintiffs, ) | **Case No.: 1:06-cv-585** |
| ) | |
| **LAMAR GLOVER, individually and in his official capacity** ) | |
| as Houston County Sheriff; **HOUSTON COUNTY SHERIFFS'**) | |
| **DEPARTMENT,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF DISMISSAL

**COME NOW**, Plaintiffs, by and through the undersigned counsel of record and make this Notice of Dismissal of Defendant Sheriff Lamar Glover and Defendant Houston County Sheriff's Department in the above styled cause of action and in response to Documents (13) and (15), and state as follows;

1. Defendant Sheriff Lamar Glover, individually and in his official capacity, are due to be dismissed from the above styled cause of action at this time as Plaintiffs are without sufficient information which would allow them to proceed in good faith as against this Defendants.

**WHEREFORE** Plaintiffs respectfully submit this Notice of Dismissal of Defendant Sheriff Lamar Glover and Defendant Houston County Sheriff's Department, further, Plaintiffs respectfully pray this Honorable Court to dismiss these defendants without prejudice.

**RESPECTFULLY SUBMITTED** this the ___th day of March, 2007.

| | |
|---|---|
| s/ Michael Guy Holton | s/ Richard H. Ramsey, IV |
| Bar No.: HOL106 | Bar No.: RAM010 |
| Michael Guy Holton | Richard H. Ramsey, IV |
| Co-Counsel for Plaintiffs | Co-Counsel for Plaintiffs |
| 2779 Old Carter Hill Road | P.O. Box 6595 |
| Pike Road, Alabama 36064 | Dothan, Alabama 36302 |
| (334) 288-2435 | (334) 792-2553 |
| gholtonattorney@hughes.net | RHRamsey@peoplepc.com |

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing this the ___th day of March, 2007 by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed counsel:

Gary C. Sherrer, Esq.  
Sherrer, Jones, & Terry P.C.  
335 West Main Street  
Dothan, Alabama 36301  

Kendrick E. Webb, Esq.  
Webb & Eley, P.C.  
P.O. Box 240909  
Montgomery, Alabama 36124-0909  

s/ Michael Guy Holton  
OF COUNSEL