AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____middle_____ District of _____Alabama_____

MARY JONES; JOSEPH ALFORD,

V.

THOMAS M. FLATHMANN.

Alias **SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-cv-585-WHA

TO: (Name and address of Defendant)

THOMAS M. FLATHMANN
1272 Colony Road
Mt. Pleasant, South Carolina 29464

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Guy Holton, Atty.
Fuller, Taylor, & Holton P.C.
5748 Carmichael Parkway, suite D
Montgomery, Alabama 361172020

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                          3-2-07
CLERK                                                       DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/4/07 | |
| NAME OF SERVER (PRINT) Raymond E. Brown JR | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: John Sigler (Father)

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/07
             Date

Signature of Server

Address of Server: P.O. Bx 62556 North Charleston South Carolina 29419

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE FEDERAL DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| MARY JONES and;<br>JOSEPH ALFORD<br><br>          Plaintiff(s),<br><br><br>THOMAS FLATHMANN individually and<br>in his official capacity as a Houston<br>County Sheriff's Deputy,<br><br>          Defendant(s). | Case No. : 1:-06-cv-585-WHA<br><br><br><br>AFFIDAVIT OF SERVICE |

I, Raymond E. Brown, Jr. of Brown's Legal Process Service, affirm that I served the

**ALIAS SUMMONS IN A CIVIL ACTION; AMENDED
COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBITS**

in this action on the Defendant **THOMAS M. FLATHMANN** by delivering the same to:

**JOHN SIGLER, his father**

and leaving with him one copy of the same at 626 Bridlewood Lane, Mount Pleasant, SC 29466 on the 4th day of April, 2007 at 06:30 p.m.

I am not a party to nor interested in the action.

                                                            Raymond E. Brown, Jr., Affiant.

Sworn to before me this _4th_ day
of _April_, 2007.

_____
NOTARY PUBLIC OF SOUTH CAROLINA
MY COMMISSION EXPIRES: 02/01/16