IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:06cv585-WHA |
| ) | |
| THOMAS M. FLATHMANN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Return of Service (Doc. #44) in this case indicate that copies of the Summons and Complaint were left at Defendant's dwelling house or usual place of abode with his father, John Sigler, on April 4, 2007. No answer has been filed by the Defendant. Accordingly, it is hereby

ORDERED that **on or before August 6, 2007**, the Plaintiffs take such action as they deem appropriate in the prosecution of this case.

DONE this 24th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE