IN THE FEDERAL DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| **MARY JONES and;** | ) |
| **JOSEPH ALFORD** | ) |
| | ) |
| Plaintiffs, | ) Case No.: 1:06-cv-585 |
| | ) |
| **THOMAS FLATHMANN individually and** | ) JURY DEMAND |
| in his official capacity as a Houston County Sheriff's Deputy, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR DEFAULT JUDGMENT

**COMES NOW,** Plaintiffs Mary Jones and Joseph Alford, by and through the undersigned counsel and makes this their Motion for Default Judgment based on the following:

1. On April 4, 2007 Defendant Thomas M. Flathmann was properly served with a summons and copy of the amended complaint.

2. To date, and well beyond the time allowed for Defendant's Answer, Defendant Thomas M. Flathmann has failed to plead or otherwise defend the properly served complaint.

3. Pursuant to rule 55 Federal Rules of Civil Procedure Plaintiffs are entitled to a default judgment against Defendant Thomas M. Flathmann.

**WHEREFORE,** Plaintiffs requests a default judgment against Defendant Thomas M. Flathmann and requests a damages hearing at this Honorable Courts earliest convenience beyond thirty (30) days from the date hereon.

**RESPECTFULLY SUBMITTED** this the 6th day of August, 2007.

| | |
|---|---|
| s/ Michael Guy Holton | s/ Richard H. Ramsey, IV |
| Michael Guy Holton (HOL106) | Richard H. Ramsey, IV (RAM010) |
| Co-Counsel for Plaintiffs | Co-Counsel for Plaintiffs |
| 2779 Old Carter Hill Road | P.O. Box 6595 |
| Pike Road, Alabama 36064 | Dothan, Alabama 36302 |
| (334) 288-2435 | (334) 792-2553 |
| gholtonattorney@hughes.net | RHRamsey@peoplepc.com |

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing this the 6th day of August, 2007 by electronically filing same with the Clerk of the Court via the CM/ECF system to the below listed counsel:

| | |
|---|---|
| Gary C. Sherrer, Esq. | Kendrick E. Webb, Esq. |
| Sherrer, Jones, & Terry P.C. | Webb & Eley, P.C. |
| 335 West Main Street | P.O. Box 240909 |
| Dothan, Alabama 36301 | Montgomery, Alabama 36124-0909 |

s/ Michael Guy Holton
OF COUNSEL