IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 1:06cv585-WHA |
| THOMAS FLATHMANN, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiffs' Motion for Default Judgment (Doc. #46), filed on August 6, 2007, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before August 20, 2007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 6th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE