IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:06cv585-WHA |
| | ) |
| THOMAS FLATHMANN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Motion to Quash Insufficient Service of Process and Motion to Dismiss (Doc. #48), filed on behalf of the Defendant on August 17, 2007, it is hereby

ORDERED that the Plaintiffs may respond to the motions **by August 27, 2007**, at which time the motions will be taken under submission for determination without oral argument.

DONE this 20th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE