**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| MARY JONES and; ) | |
| JOSEPH ALFORD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06cv-585-WHA |
| ) | |
| ) | |
| THOMAS FLATHMANN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the briefs and evidentiary submissions of the parties in support of and in opposition to the Plaintiff's pending Motion for Default Judgment (Doc. 46) and Defendant's pending Response to Show Cause Order and Motion to Quash Insufficient Service of Process and Motion to Dismiss (Doc. # 48), it appears to the court that oral argument will be helpful in this case.

Accordingly, it is hereby ORDERED that oral argument will be held on the pending Motion on **Thursday, October 11, 2007** at **2:00 p.m.** in District Courtroom **2-C**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Done this 21st day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT COURT