IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES and <br> JOSEPH ALFORD, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS FLATHMANN, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 1:06cv-585-WHA-TFM <br> ) <br> ) <br> ) <br> ) |

## ORDER

By agreement of the parties due to time conflicts, and to allow an opportunity for resolution, the oral argument originally set for **Thursday, October 11, 2007 at 2:00 p.m.** (Doc. #54) on the Plaintiff's Pending Motion for Default Judgment (Doc. #46) and Defendant's pending Response to Show Cause Order and Motion to Quash Insufficient Service of Process and Motion to Dismiss (Doc. #48) will be continued.

It is hereby ORDERED that the oral argument will take place on **November 14, 2007 at 10:00 a.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 10th day of October, 2007.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE