IN THE FEDERAL DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| **MARY JONES and;** | ) |
| **JOSEPH ALFORD** | ) |
| | ) |
|     **Plaintiffs,** | ) Case No.: 1:06-cv-585 |
| | ) |
| **HOUSTON COUNTY, ALABAMA;et.al.,** | ) |
| | ) |
|     **Defendants.** | ) |

### NOTICE OF CHANGE OF E-MAIL ADDRESS

**COMES NOW**, Michael Guy Holton, co-counsel for Plaintiffs, and makes this his Notice of Change of E-Mail address in the above styled cause of action and states as follows;

1.    The new email address for the undersigned counsel of record is gholtonattorney@bellsouth.net .

**RESPECTFULLY SUBMITTED** this the 27th day of October, 2007.

| | |
|---|---|
| s/ Michael Guy Holton | s/ Richard H. Ramsey, IV |
| Bar No.: HOL106 | Bar No.: RAM010 |
| Michael Guy Holton | Richard H. Ramsey, IV |
| Co-Counsel for Plaintiffs | Co-Counsel for Plaintiffs |
| 2779 Old Carter Hill Road | P.O. Box 6595 |
| Pike Road, Alabama 36064 | Dothan, Alabama 36302 |
| (334) 288-2435 | (334) 792-2553 |
| gholtonattorney@bellsouth.net | RHRamsey@peoplepc.com |

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing this the 27th day of October, 2007 by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed counsel:

Gary C. Sherrer, Esq.  
Sherrer, Jones, & Terry P.C.  
335 West Main Street  
Dothan, Alabama 36301

Kendrick E. Webb, Esq.  
Webb & Eley, P.C.  
P.O. Box 240909  
Montgomery, Alabama 36124-0909

s/ Michael Guy Holton  
OF COUNSEL