IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARY JONES, et al.,                    )
                                       )
              Plaintiffs,              )
                                       )
vs.                                    )    CIVIL ACTION NO. 1:06cv585-WHA
                                       )
THOMAS FLATHMANN,                      )
                                       )
              Defendant.               )


**<u>ORDER</u>**

On this day, counsel for the Plaintiff advised chambers that he had been advised by counsel for the Defendant that the Defendant would sign a waiver of service shortly, and that this should make the hearing scheduled for November 14 unnecessary.  Therefore, it is hereby

ORDERED that the hearing in this case previously set for November 14, 2007, is CONTINUED and RESET for Wednesday, November 28, 2007, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  If a waiver of service has been filed by that day, and the court advised by counsel, the hearing will be cancelled.  Otherwise, the hearing will proceed on that day as scheduled, with no further continuance.

DONE this 13th day of November, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE