IN THE FEDERAL DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| MARY JONES and; <br> JOSEPH ALFORD <br><br> Plaintiffs, <br><br> HOUSTON COUNTY, ALABAMA;et.al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No.: 1:06-cv-585 <br> ) <br> ) <br> ) <br> ) <br> ) |

**Waiver of Service in a Civil Action**

I Thomas Flathmann Waive Service in the above styled cause of action. I have been provided with a copy of the complaint and amended complaint and hereby elect to waive service of process.

_____
Thomas Flathmann


State of  Alabama           )
                            )ss
County of  Houston          )

I, Deborah J. Ennis, a Notary for the State of Alabama County of Houston do hereby certify that **Thomas Flathmann**, personally appeared before me and signed under oath this Waiver of Service in a Civil Action on this the 20th day of November 2007.

_____
Notary Public
My Commission Expires: 12-9-08