IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al.,                )   | |
|                                                    )   | |
|     Plaintiffs,              )   | |
|                                                    )   | |
| vs.                                            )   | CIVIL ACTION NO. 1:06cv585-WHA |
|                                                    )   | |
| THOMAS FLATHMANN,          )   | |
|                                                    )   | |
|     Defendant.              )   | |

## **ORDER**

The Defendant, Thomas Flathmann, having filed a Waiver of Service on November 20, 2007, it is hereby

ORDERED that the Defendant file his Answer to the Complaint **on or before December 10, 2007.**

It is further ORDERED that the parties file their Report of Parties Planning Meeting **no later than December 10, 2007.**

In view of the filing of the Defendant's Waiver of Service, the hearing scheduled for November 28, 2007, is CANCELLED.

DONE this 27th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE