IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY JONES and JOSEPH ALFORD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-585-WHA |
| | ) | |
| THOMAS FLATHMANN, | ) | |
| | ) | |
| Defendant. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Lamar Glover, an initial and now former Defendant in the above-captioned matter as all claims against him have previously been dismissed, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Gary C. Sherrer of Sherrer, Jones & Terry, P.C. | Attorney for Defendant |
| Patrick B. Jones, III of Sherrer Jones & Terry, P.C. | Attorney - Member of firm |
| D. Lewis Terry, Jr. of Sherrer Jones & Terry, P.C. | Attorney - Member of firm |
| Andy R. Hughes | Sheriff, Houston County, Alabama Defendant's Employer |

Dated this 29th day of November, 2007.

                                         **s/Gary C. Sherrer**
                                         GARY C. SHERRER (SHE016)
                                         Attorney for Lamar Glover

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com


## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail using the CM/ECF system, on this 29th day of November, 2007, to:

| | |
|---|---|
| Michael Guy Holton, Atty. | Richard H. Ramsey, IV, Atty. |
| Fuller, Taylor, & Holton, P.C. | Post Office Box 6595 |
| 5748 Carmichael Parkway, Suite D | Dothan, Alabama 36302 |
| Montgomery, Alabama 36117-2020 | |

                                         **s/Gary C. Sherrer**
                                         OF COUNSEL