## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MARY JONES and JOSEPH ALFORD,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: 1:06-CV-585-WHA** |
| | ) |
| **THOMAS FLATHMANN,** | ) |
| | ) |
| **Defendant.** | ) |

### UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSIVE PLEADING AND REPORT OF PARTIES PLANNING MEETING

COMES NOW, Defendant Thomas Flathmann in the above-styled cause, and respectfully requests an extension through and until December 24, 2007, in which to file his Answer or first responsive pleading with this Court and in which to file the parties Report of Parties Planning Meeting, and as grounds therefore state as follows:

1.    By Order of this Court dated November 27, 2007, (Doc# 59), Defendant Thomas Flathmann's Answer is currently due in this case on or before December 10, 2007.

2.    Pursuant to the prior agreement of the undersigned with plaintiffs' counsel to recommend to the defendant that he accept service pursuant to a FRCP 4(d) request for waiver of service of process or incur the expenses later incurred in obtaining service of process, on November 9, 2007, the undersigned received a FRCP 4(d) waiver of service of process from plaintiffs' counsel dated November 7, 2007.

## MOTION GRANTED

SO ORDERED

THIS _10th_ DAY OF _Dec_, 20_07_

_____
UNITED STATES DISTRICT JUDGE