IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES and JOSEPH ALFORD, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )   CIVIL ACTION NO. 1:06-cv-585-WHA ) |
| THOMAS FLATHMANN, | ) ) |
| Defendant. | ) |

## ORDER

In view of the recent developments in this case concerning waiver of service, the Plaintiffs' Motion for Default Judgment (Doc. #46) and Defendant's Motion to Quash and Dismiss (Doc. #48) are both DENIED as moot.

Done this 18th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE