IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THOMAS FLATHMANN, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:06cv585-WHA |

### ORDER

Upon consideration of Defendant's Motion to Dismiss of in the Alternative for Summary Judgment (Doc. #66), filed on December 21, 2007, it is

ORDERED that the Plaintiffs shall show cause, if any there be, **on or before January 16**, **2008** why the motion should not be granted. The Defendant shall have **until January 23, 2008**, to file any reply he may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 26th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE