Plaintiffs Exhibit 1"

Sworn to and subscribed before me this, the

18th day of _____ January _____ 2006. _____ 3857

Judge, _____ Court, Houston County, Ala.

# SEARCH WARRANT

THE STATE OF ALABAMA,
HOUSTON COUNTY.

## TO THE SHERIFF OF SAID COUNTY:

(a) Proof by affidavit having this day been made before me by  Inv. Thomas Flathmann

(b) that  he has probable cause to believe and does believe that a black male known as Josh
whose name is otherwise unknown to affiant is in possession of Marijuana,
Cocaine and US currency at 481 Harvey Hicks Rd. Ashford , Houston County,
Alabama.

(c) You are therefore commanded,  in the day or night  _____ to make immediate search on the person of

Josh, any vehicles and/or outbuildings on the property  _____ and in and upon the above described

(c) premises for the following property:

Marijuana, Cocaine, US Currency, and drug related paraphernalia

(d) and if you find the same or any part thereof, to bring it forthwith before me, at my office at

Houston County Court House

Dated the  18  day of _____ January _____ 2006  2005

Judge _____ Court , Houston County , Alabama

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|                                        |   |                                     |
|----------------------------------------|---|-------------------------------------|
| MARY JONES and JOSEPH ALFORD,          | ) |                                     |
|                                        | ) |                                     |
| Plaintiffs,                            | ) |                                     |
|                                        | ) |                                     |
| v.                                     | ) | CIVIL ACTION NO.: 1:06-cv-585-WHA   |
|                                        | ) |                                     |
| HOUSTON COUNTY SHERIFF'S               | ) |                                     |
| DEPARTMENT, et al.,                    | ) |                                     |
|                                        | ) |                                     |
| Defendants.                            | ) |                                     |

### AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **Lamar Glover** who is the Sheriff of Houston County, Alabama, who being by me first duly sworn, deposes and says as follows:

I am Lamar Glover and I am the Sheriff of Houston County, Alabama. My principal duties involve performing the law enforcement duties of a sheriff in the State of Alabama. I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the subject matter of Plaintiff's Complaint and in an attempt to address Plaintiffs claims in this case.

With regard to Plaintiff's claims in this lawsuit, I was not personally or directly involved in the obtaining of or in the on-site execution of the search warrant made the basis of Plaintiffs'

LAMAR GLOVER AFFIDAVIT

PLAINTIFF'S EXHIBIT

CASE NO. 1:06 cv 585

EXHIBIT NO. 2

complaint. I was not personally or directly involved in the factual events made the basis of

Plaintiffs' complaint. At no time in January 2006 was I ever present in or about the Plaintiffs'

residence when any search of the premises was performed by any law enforcement officer.

_____
LAMAR GLOVER


STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **Lamar Glover**, who being sworn

by me according to law, deposes and states that the matters and things alleged in the above Affidavit

are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 9th day of August, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 12-9-2008

PLAINTIFF'S

CASE
NO. 1:06cv585

EXHIBIT
NO. 3

STATE OF ALABAMA        )
                        )ss
COUNTY OF HOUSTON       )

### AFFIDAVIT

**MARY JONES**, Affiant, who is over the age of 19 years and is a bona fide resident citizen of
the State of Alabama and has been more than six months next preceding this statement.

**MARY JONES**, having been first duly sworn deposes and says:

My name is Mary Jones. Everything that I am stating is my own personal knowledge. I
presently reside at 481 Harvey Hicks Road, Ashford, Houston County, Alabama. I have resided
at this address for over 20 years.

On January 18, 2006, at sometime in the middle of the night, I was awakened by several
people who had broken into my home wearing hoods. I was asleep in bed with my husband and I
heard the crashing noise of these people breaking into my house which awakened me. Before I
could get out of my bed I saw a red light pointing at my head and then realized it was a gun
pointed at me and a gun pointed at my husband. I asked who they were and what they wanted
and I was told to "shut your God Damn fat black ass damn mouth up and do as you are told, I am
tired of this damn nigger, shut the fuck up nigger". I asked again who they were and why they
were in my house, I was again told to "shut my fat nigger mouth", and another one said,
"handcuff the damn nigger, handcuff her God damn it"and was then pulled by two of these
hooded people out of my bedroom. I was so frightened and scared that someone was trying to kill
me and my husband and none of the people would tell me who they were and why they were
tearing up my house and belongings. I passed out as I was being pulled and dragged down the
hall by two of these hooded people and came to when I heard my husband calling out to me.
None of the people would tell me who they were. I kept asking what they wanted and why they
were tearing up my house and belongings and noone would tell me. I was then told to "shut the
hell up nigger or we will shoot you" and I was forced into a small area of my home and was not
allowed to get up or out. I could not get up, and there was no way of escape from the
confinement that had placed me in. I was scared from the hooded people. I could not identify
any of the people because they had on hoods covering their heads. They started telling me to give
them my keys, and continued to call me a "nigger".

_Mary Jones_
**MARY JONES**

STATE OF ALABAMA       )
HOUSTON COUNTY         )

Personally appeared before me, the undersigned and Notary Public in and for the State of
ALABAMA at Large, **MARY JONES**, being by me and first duly sworn, does depose and
says that the above affidavit as true and correct .

SUBSCRIBED AND SWORN TO before me this 2nd day of June 2006.

_Brenda Crawford_
Notary Public
My Commission Expires: 9/19/08

Π S Ex. 4

PLAINTIFF'S
CASE NO. 1:06cr585
EXHIBIT NO. 4

STATE OF ALABAMA )
COUNTY OF HOUSTON )

## AFFIDAVIT

**JOSEPH ALFORD**, Affiant, who is over the age of 19 years and is a bona fide resident citizen of the State of Alabama and has been more than six months next preceding this statement.

**JOSEPH ALFORD**, having been first duly sworn deposes and says:

My name is **Joseph Alford**. Everything that I am stating is my own personal knowledge.

I presently reside at 481 Harvey Hicks Road, Ashford, Houston County, Alabama. I have resided at this address for over 20 years.

On January 18, 2006, at sometime in the middle of the night, I was awakened by several people who had broken into my home wearing hoods. I was asleep in bed with my wife and the crashing noise of these people breaking into my house awakened me. Before I could get out of my bed I saw a red light pointing at my head and then realized it was a gun pointed at me and a gun pointed at my wife. My wife and I asked "who they were and what they wanted" and I was told to "shut your nigger ass up and do as you are told". I asked again "who they were and why they were in my house", I was told to "shut my nigger mouth". I was so frightened and scared that someone was trying to kill me and my wife and none of the people would tell me who they were and why they were destroying my house. The doors in the interior of the house were not locked, yet they were destroying the doors instead of turning the handles. All of my belongings were ransacked, and this again was done by the hooded people who would not identify themselves. The hooded people told me "nigger do not move". There were numerous people who were wearing hoods. After an extended period of time, I was able to see one Houston County Sheriff's car through the door, and I ask the sheriff what was going on and he told me he was just "observing". I ask what they wanted and none of them would tell me. I was then told by one of the hooded people to "shut the hell up nigger or we will shoot you". We tried to tell them not to break into the cars that were in our yard that we had the keys to open them, they would not listen and broke into a couple of the cars while I was getting the keys to them. I was scared for my life because of the abrupt entrance without any indication who this mob of hooded people were, and the more I asked who they were the more they destroyed my house and my personal belongings.

*joseph alford*
**JOSEPH ALFORD**

STATE OF ALABAMA )
Houston COUNTY )
Personally appeared before me, the undersigned and Notary Public in and for the State of ALABAMA at Large, **JOSEPH ALFORD**, being by me and first duly sworn, does depose and says that the above affidavit as true and correct .
SUBSCRIBED AND SWORN TO before me this 2nd day of June 2006.
Notary Public
My Commission Expires: 9/19/08