IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:06cv585-WHA |
| ) | |
| THOMAS FLATHMANN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Defendant's Motion for Summary Judgment having been disposed of, it is hereby ORDERED as follows:

1. The trial of this case is set for September 29, 2008, in Dothan, Alabama, with pretrial hearing to be held on August 28, 2008.

2. The parties are DIRECTED to file their Report of Parties Planning Meeting **on or before April 11, 2008**, requesting deadlines consistent with this new trial date.

DONE this 3rd day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE