IN THE FEDERAL DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| **MARY JONES and;** | ) |
| **JOSEPH ALFORD** | ) |
| | ) |
| Plaintiffs, | ) Case No.: 1:06-cv-585 |
| | ) |
| **THOMAS FLATHMANN individually and** | ) JURY DEMAND |
| in his official capacity as a Housotn County Sheriff's Deputy, | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

**COMES NOW,** Jennifer M. Holton, and makes this her appearance as co-counsel for Plaintiffs in the above styled cause of action.

**RESPECTFULLY SUBMITTED** this the 10th day of April, 2008.

s/ Jennifer M. Holton
Jennifer M. Holton(DAV167)
ASB6746e40d
5748 Carmichael Parkway Suite D
Montgomery, AL 36117
(334)514-6003 (direct)
Co-Counsel for Plaintiffs
jholtonattorney@bellsouth.net

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the foregoing this the 10th day of April, 2008 by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed counsel:

| | |
|---|---|
| Gary C. Sherrer, Esq. | Kendrick E. Webb, Esq. |
| Sherrer, Jones, & Terry P.C. | Webb & Eley, P.C. |
| 335 West Main Street | P.O. Box 240909 |
| Dothan, Alabama 36301 | Montgomery, Alabama 36124-0909 |

s/ Jennifer M. Holton
OF COUNSEL
