IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES and JOSEPH ALFORD, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-cv-585-WHA |
| | ) |
| THOMAS FLATHMANN, | ) |
| | ) |
| Defendants. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on April 10, 2008 and on April 11, 2008, with the following parties participating in said planning meeting:

> **Guy Holton,** FULLER, TAYLOR, & HOLTON, on behalf of Plaintiffs', Mary Jones and Joseph Alford.
>
> **Gary C. Sherrer,** SHERRER, JONES & TERRY, P.C., on behalf of Defendant, Thomas M. Flathmann.

2. **Pre-Discovery Disclosures.** The parties will exchange by **April 30, 2008** the information required by Local Rule 26.1(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

> a. All discovery commenced in time to be completed by **September 10, 2008.**
>
> b. Discovery will be needed on the following issues: the plaintiff's claims for liability and damages and all defendants' defenses.
>
> c. Maximum of **thirty (30) interrogatories** by each party to each party. Responses due 30 days after service

1

    d.    Maximum of **thirty (30) requests for admission** by each party to each party. Responses due 30 days after service

    e.    Maximum of **thirty (30) request for production** of document by each party to each party. Responses due 30 days after service.

    f.    Maximum of **ten (10) depositions** by plaintiff to defendant and **ten (10) depositions** by each defendant to plaintiff. All depositions are limited to **seven (7)** hours each.

    g.    Reports from any retained experts under Rule 26(a)(2) due:

From plaintiff by **July 1, 2008**;
From defendant by **August 1, 2008.**

Each party may take the deposition of the opposing party's expert within **30 days** after service of the expert report.

    h.    Supplementation under Rule 26(e) due **within 30 days of obtaining discoverable information or no later than 30 days before the close of discovery.**

4.    **Other items.**

    a.    Plaintiff should be allowed until **May 16, 2008** to join additional parties and to amend pleadings.

    b.    Defendant should be allowed until **June 21, 2008** to file answer(s) and to amend pleadings.

    c.    All potentially dispositive motions should be filed by **September 15, 2008.**

    d.    Settlement cannot be realistically evaluated **prior to the completion of discovery.**

    e.    The parties request a final Pretrial conference on **December 15, 2008.**

    f.    Final lists of trial evidence under Rule 26(a)(3), both witnesses and exhibits, should be due **in accordance with the Pretrial Order** entered in this action.

    g.    Parties should have **ten (10) days** after service of final lists of trial evidence to list objections under Rule 26(a)(3).

      h.      This case should be ready for trial by **January 12, 2009,** and at this time is expected to take approximately 3-4- days.

<u>s/Gary C. Sherrer</u>
GARY C. SHERRER
ATTORNEY FOR DEFENDANT
Alabama Attorney Code No.: <u>SHE-016</u>

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

<u>s/Michael Guy Holton</u>
MICHAEL GUY HOLTON
ATTORNEY FOR PLAINTIFFS
Alabama Attorney Code No.: <u>HOL-106</u>

OF COUNSEL

FULLER, TAYLOR, & HOLTON
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117
Phone: (334) 244-0447
Fax: (334) 244-0794
E-mail: gholtonattorney@bellsouth.net