IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARY JONES, et al.,            )
                               )
        Plaintiffs,            )
                               )
vs.                            )   CIVIL ACTION NO. 1:06cv585-WHA
                               )
THOMAS FLATHMANN, et al.,      )
                               )
        Defendants.            )

**ORDER**

Following a telephone conference with counsel for the parties held on this date, it is hereby ORDERED as follows:

1. Plaintiffs' Motion for Leave to Amend Pleadings and Add Parties (Doc. #76) is GRANTED, and Plaintiffs' Second Amended Complaint (Doc. #75) is allowed to be filed.

2. Plaintiffs' Motion for Extension of Time to Add Additional Parties (Doc. #76) is GRANTED as follows:

   (a) Defendants are given **until May 23, 2008** to respond fully to Plaintiffs' interrogatories.

   (b) The time for Plaintiffs to amend and add parties is extended **to May 30, 2008**, in the event that Plaintiffs determine a Third Amended Complaint to be appropriate after receiving responses to their interrogatories.

DONE this 20th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE