IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:06cv585-WHA |
| | ) |
| THOMAS FLATHMANN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

It has come to the attention of the court that Section 1 of the Uniform Scheduling Order (Doc. #74), entered on April 14, 2008, stated the correct dates for pretrial conference and trial, but inadvertently stated that they would be held in Montgomery, rather than in Dothan. Therefore, it is hereby

ORDERED that Section 1 of the Uniform Scheduling Order is AMENDED to read as follows:

**SECTION 1.** A pretrial conference is scheduled for **December 15, 2008,** in **Dothan,** Alabama. This cause is set for trial during the term of court commencing on **January 12, 2009,** in **Dothan**, Alabama.

DONE this 20th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE