AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_middle_ District of _Alabama_

Mary Jones and Joseph Afford,
Plaintiffs,

V.

Thomas Flathmann, et al.
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:06-cv-585-_WHA_

TO: (Name and address of Defendant)

Michael Campbell
P.O. Drawer 6406
Dothan, AL 36302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Guy Holton
Jennifer M. Holton
5748 Carmichael Parkway, Suite D
Montgomery, AL 36117

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                           _5-20-08_

CLERK                                        DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                Signature of Server

                                          _____
                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Hon Debra Hackett
Clerk of Court
US District Ct
PO Box 711
Montg, AL 36101-0711

7006 3450 0000 3384 3242

RECEIVED
2008 MAY 22 A 9 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**First Class Mail**

Return — No longer employed

☐ MOVED, LEFT NO ADDRESS
☐ ATTEMPTED – NOT KNOWN
☐ UNCLAIMED
☐ NO SUCH STREET  ☒ REFUSED
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS
☐ NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD

Michael Campbell
c/o Houston County Sheriff's Office
PO Drawer 6406