# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARY JONES and JOSEPH ALFORD,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-585-WHA |
| | ) |
| **THOMAS FLATHMANN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

COMES NOW, Defendants Tony Turner and Donovan Arias in the above-styled cause, and respectfully requests a ten (10) day extension through and until June 20, 2008, in which to file their Answer or first responsive pleading with this Court, and as grounds therefore states as follows:

1. Defendants Tony Turner's and Donovan Arias' Answer is currently due in this case on June 10, 2008.

2. During the week of May 19, 2008 through May 23, 2008 Defendants Turner and Arias were unavailable to meet with the undersigned as they were out of state for the S.E.L.E.T.S Seminar in Florida.

3. During the week of May 26, 2008 through May 30, 2008 Defendants Turner and Arias were unavailable to meet with the undersigned due to vacation schedules.

4. During the week of June 2, 2008 through June 6, 2008 Defendants Turner and Arias were unavailable to meet with the undersigned as they were out of state for Taser Instructor training

in Tennessee.

5. Defendants Turner and Arias have been unavailable to meet with the undersigned this week due to their vacation schedules and scheduling conflicts.

6. Defendants Turner and Arias are expected to be back in Dothan, Houston County, Alabama, and available to meet with the undersigned next week to review all necessary documentation, go over facts and circumstances of this case and to prepare their responsive pleading or motion with exhibits to be filed in this case.

WHEREFORE, Defendants Tony Turner and Donovan Arias respectfully request additional time for filing a responsive pleading or motion in lieu thereof be extended through an until June 20, 2008.

Dated this 10th day of June, 2008.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for above-referenced Defendants


OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## **CERTIFICATE OF SERVICE**

I, Gary C. Sherrer, hereby certify that on this 10th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Richard H. Ramsey, IV, Esq.      Michael Guy Holton, Esq.
      P.O. Box 6595      Jennifer M. Holton, Esq.
      Dothan, Alabama 36302      2779 Old Carter Hill Road
            Pike Road, Alabama 36064

            **s/Gary C. Sherrer**
            OF COUNSEL