IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY JONES and JOSEPH ALFORD,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.: 1:06-CV-585-WHA** |
| | ) | |
| **THOMAS FLATHMANN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

COMES NOW, Defendants Tony Turner and Donovan Arias in the above-styled cause, and respectfully requests a ten (10) day extension through and until June 20, 2008, in which to file their Answer or first responsive pleading with this Court, and as grounds therefore states as follows:

1.    Defendants Tony Turner's and Donovan Arias' Answer is currently due in this case on June 10, 2008.

2.    During the week of May 19, 2008 through May 23, 2008 Defendants Turner and Arias were unavailable to meet with the undersigned as they were out of state for the S.E.L.E.T.S Seminar in Florida.

3.    During the week of May 26, 2008 through May 30, 2008 Defendants Turner and Arias were unavailable to meet with the undersigned due to vacation schedules.

4.    During the week of June 2, 2008 through June 6, 2008 Defendants Turner and Arias were unavailable to meet with the undersigned as they were out of state for Taser Instructor training

# MOTION GRANTED

**SO ORDERED**
THIS _11th_ DAY OF _June_ , 20 _08_
_____
UNITED STATES DISTRICT JUDGE