IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES, et al.,                )  | |
|                                                    ) | |
| Plaintiffs,                 ) | |
|                                                    ) | |
| vs.                                            ) | CIVIL ACTION NO. 1:06cv585-WHA |
|                                                    ) | |
| THOMAS FLATHMANN, et al., ) | |
|                                                    ) | |
| Defendants.             ) | |

## **ORDER**

This case is before the court on the Unopposed Motion for Continuance (Doc. #88), filed by counsel for the Defendants on September 10, 2008. For good cause shown, the motion is GRANTED, and it is hereby ORDERED as follows:

1. The trial of this case is CONTINUED from the term of court commencing January 12, 2009, to the term of court commencing June 29, 2009.

2. Pretrial hearing is set in this case for May 22, 2009, at a time and place to be set by later order.

3. The parties are DIRECTED to file **no later than October 13, 2008**, an Amended Report of Parties Planning Meeting requesting new deadlines consistent with the new trial schedule.

DONE this 11th day of September, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE