IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY JONES and JOSEPH ALFORD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:06cv585-WHA |
| ) | (WO) |
| THOMAS FLATHMANN, et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of the Defendants, Thomas Flathmann, Donovan Arias, and Tony Turner, and against the Plaintiffs, Mary Jones and Joseph Alford, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiffs.

Done this 4th day of June, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE